Andrew V. Stearns
Robert B. Robards
Gaurav D. Sharma
BUSTAMANTE & GAGLIASSO, APC
River Park Tower
333 W. San Carlos Street, Suite 600
San Jose, CA  95110
Tel.: (408) 977-1911, Fax: (408) 977-0746
Email: astearns@boglawyers.com

Attorneys for Plaintiff
MARK MIGDAL

Sonia Martin (State Bar No. 191148)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: sonia.martin@dentons.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MIGDAL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMCO Insurance Company, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: C3:15-cv-02496-WHO<br><br>**STIPULATION AND ORDER RESCHEDULING FEBRUARY 16, 2016 CASE MANAGEMENT CONFERENCE** |

Plaintiff Mark Migdal and Defendant AMCO Insurance Company, through their undersigned counsel, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, a further Case Management Conference is scheduled in this action on February 16, 2016;

1  WHEREAS, defense counsel Sonia Martin is scheduled to be traveling for an out-of-town
2  board meeting on February 16, 2016;

3  WHEREAS, counsel has met and conferred regarding their schedules for purposes of re-
4  scheduling the further Case Management Conference;

5  IT IS HEREBY STIPULATED AND AGREED that the further Case Management
6  Conference currently should be continued to March 1, 2016 at 2:00 p.m., or to the next date that is
7  available on the Court's case management calendar.

Respectfully submitted,

Dated: January __, 2016           BUSTAMANTE & GAGLIASSO, APC


By_____

Attorneys for Plaintiff
MARK MIGDAL


Dated: January __, 2016           DENTONS US LLP


By_____
        SONIA MARTIN

Attorneys for Defendant
AMCO INSURANCE COMPANY

- 2 -

Case No. C13:15-CV-02496-WHO                    STIPULATION AND ORDER RESCHEDULING
                                                CASE MANAGEMENT CONFERENCE

**ORDER**

Pursuant to the foregoing stipulation, IT IS ORDERED that the further Case Management Conference currently scheduled for February 16, 2016 shall be rescheduled to March 1, 2016 at 2:00 p.m.

Dated: January 5, 2016

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

85704545\V-1