UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MIGDAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMCO INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-cv-02496-WHO<br><br>**ORDER RESETTING HEARING ON MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 23 |

The hearing on the motion to withdraw as counsel of record filed yesterday (Dkt. No. 23) is RESET to March 1, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, to coincide with the case management conference previously set for that time.  **Plaintiff Mark Migdal shall appear at the hearing.**

The current counsel of record for Migdal, Andrew V. Stearns, shall serve copies of the motion to withdraw and this Order on Migdal.  The briefing schedule on the motion to withdraw remains unchanged.

**IT IS SO ORDERED**.

Dated: February 4, 2016



WILLIAM H. ORRICK
United States District Judge