UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK MIGDAL,

    Plaintiff,

  v.

AMCO INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-02496-WHO

**ORDER RESETTING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO WITHDRAW**

Re: Dkt. Nos. 23, 27

In light of the letter from plaintiff's counsel informing the Court that plaintiff Mark Migdal is unavailable on March 1, 2016, *see* Dkt. No. 27, the case management conference and motion hearing currently set for that date are RESET to March 9, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco. As I previously ordered, Mr. Migdal shall appear at the hearing.

The case management statement is due by March 1, 2016. The briefing schedule on the motion to withdraw remains unchanged. Plaintiff's counsel shall serve copies of this Order on Mr. Migdal.

**IT IS SO ORDERED**.

Dated: February 8, 2016



WILLIAM H. ORRICK
United States District Judge