Andrew V. Stearns
BUSTAMANTE & GAGLIASSO, APC
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel.: 408-977-1911, Fax:  408-977-0746
Email:  astearns@boglawyers.com

Attorney for Plaintiff
MARK MIGDAL

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300
E-mail:      sonia.martin@dentons.com
             mengmeng.zhang@dentons.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK MIGDAL, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMCO Insurance Company, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-02496-WHO<br><br>**STIPULATION REGARDING DISCOVERY AND MOTION DEADLINES** |

     Plaintiff Mark Migdal and Defendant AMCO Insurance Company, through their undersigned counsel, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

1  WHEREAS, AMCO's counsel requested proposed dates for Plaintiff's deposition in
2  early December 2015 and renewed that request on January 7, 2016;
3  WHEREAS, Plaintiff responded that, due to his extensive travels outside the country, the
4  first date on which he could be available for deposition would be during the week of February
5  22, 2016;
6  WHEREAS, the parties have now scheduled Plaintiff's deposition for March 3, 2016;
7  WHEREAS, the parties wish to allow sufficient time following Plaintiff's deposition for
8  follow-up discovery;
9  WHEREAS, a brief continuance of the discovery and dispositive motion deadlines in this
10 case will not impact the September 19, 2016 bench trial date in this matter;
11 IT IS HEREBY STIPULATED AND AGREED THAT the case management schedule
12 should be revised as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off: | April 8, 2016 | June 10, 2016 |
| FRCP 26(a)(2) expert disclosures: | April 22, 2016 | May 20, 2016 |
| FRCP 26(a)(2) rebuttal disclosures: | May 10, 2016 | June 7, 2016 |
| Expert Discovery cut-off: | June 10, 2016 | July 8, 2016 |
| Dispositive pre-trial motion hearing cut-off: | June 10, 2016 | August 8, 2016 |
| Pretrial conference statements: | June 24, 2016 | August 15, 2016 |
| Pretrial conference: | July 11, 2016 | August 22, 2016 |

Respectfully submitted,

Dated: February 16, 2016        BUSTAMANTE & GAGLIASSO, APC


By _____/s/ *Andrew V. Stearns*_____
        ANDREW V. STEARNS

Attorneys for Plaintiff
MARK MIGDAL

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
(415) 882-5000

Dated: February 16, 2016

DENTONS US LLP

By    /s/ *Sonia Martin*
      SONIA MARTIN

Attorneys for Defendant
AMCO INSURANCE COMPANY

FILER'S ATTESTATION:

Pursuant to Local Rule 5-(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: February16, 2016

By:    /s/ *Sonia Martin*
      SONIA MARTIN

## ORDER

This Stipulation is DENIED without prejudice. The parties shall incorporate their scheduling requests in the Joint Case Management Conference Statement due on March 1, 2016 and be prepared to discuss this at the hearing on March 9, 2016.

DATED: February 17, 2016

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Case No. 3:15-cv-02496-WHO      STIPULATION REGARDING DISCOVERY AND MOTION DEADLINES